UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE *d/b/a JOHNNY ARCO*,

      Plaintiff,

   -against-

SCOTT M. RUDES, *et al.*,

      Defendants.

20-CV-8726 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

 Plaintiff brings this action *pro se*. The Court dismisses the complaint for the following reasons.

 Plaintiff has previously submitted to this Court an identical complaint against Defendants. That case is presently pending before the Honorable Louis L. Stanton of this Court under docket number ECF 1:20-CV-8630, 1. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 1:20-CV-8630.

## CONCLUSION

 The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

 Plaintiff's complaint is dismissed as duplicative. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and

2

therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   November 25, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge