UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE *d/b/a JOHNNY ARCO*,

                Plaintiff,

-against-

SCOTT M. RUDES, *et al.*,

                Defendants.

20-CV-8726 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued November 25, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-8630 (LLS). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    November 25, 2020
           New York, New York

                                        COLLEEN McMAHON
                                Chief United States District Judge